```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 28879
   CAROL Y GRIFFIN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1127


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/04/2004 and was confirmed 09/27/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 05/05/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
GMAC MORTGAGE              MORTGAGE ARRE   15453.18            .00       6993.29
GENERAL MOTORS ACCEPTANC   SECURED         21325.00        6674.81       6377.10
GENERAL MOTORS ACCEPTANC   UNSECURED        8582.40            .00           .00
AMERICASH LOANS LLC        UNSECURED         892.28            .00           .00
ARONSON FURNITURE          SECURED           742.00          74.42        231.40
CHECK N GO                 UNSECURED       NOT FILED           .00           .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00           .00
ILLINOIS BONE & JOINT      UNSECURED       NOT FILED           .00           .00
ILLINOIS LOAN COMPANY      UNSECURED       NOT FILED           .00           .00
MERCY HOSPITAL & MEDICAL   UNSECURED       NOT FILED           .00           .00
PAY DAY LOAN STORE         UNSECURED       NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED             .00           .00           .00
SIR FINANCE                UNSECURED         1224.00           .00           .00
SMALL BUSINESS ADMINISTR   UNSECURED         8523.42           .00           .00
ARONSON FURNITURE          SECURED NOT I        .00            .00           .00
ARONSON FURNITURE          UNSECURED          111.16           .00           .00
GMAC MORTGAGE              CURRENT MORTG        .00            .00           .00
SHERMAN ACQUISITION        UNSECURED          225.40           .00           .00
GMAC MORTGAGE CORPORATIO   COST OF COLLE        .00            .00           .00
ARONSON FURNITURE          UNSECURED         1980.74           .00           .00
THOMAS W DREXLER           DEBTOR ATTY      1,894.00                     1,894.00
TOM VAUGHN                 TRUSTEE                                       1,250.31
DEBTOR REFUND              REFUND                                            3.50

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    23,498.83

PRIORITY                                              .00
SECURED                                         13,601.79

               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 28879 CAROL Y GRIFFIN
```

```
     INTEREST                                              6,749.23
UNSECURED                                                       .00
ADMINISTRATIVE                                            1,894.00
TRUSTEE COMPENSATION                                      1,250.31
DEBTOR REFUND                                                 3.50
                                      ---------------   ---------------
TOTALS                                    23,498.83         23,498.83
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 08/20/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                          PAGE   2
         CASE NO. 04 B 28879 CAROL Y GRIFFIN